IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAPID SLICER, LLC, | |
| Plaintiff, | Civil Action No. 19-249 |
| v. | (Judge Horan) |
| BUYSPRY, *et al.*, | |
| Defendants. | |

## REQUEST FOR ENTRY OF DEFAULT

To the Clerk of the U.S. District Court for the Western District of Pennsylvania

You will please enter the default of the Defendants 1,4,5,8,9,13,14,15, and 17 identified on Attachment "A" hereto for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the Affidavit of Brian Samuel Malkin in Support of Request to Enter Default hereto attached.

Respectfully submitted,

Dated: June 20, 2019

/s/ Brian Samuel Malkin
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

Brian Samuel Malkin
Pa. ID No. 70448
bmalkin@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorneys for Plaintiff

- 2 -

AND NOW, this _____ DAY of _____, 2019, pursuant to the request to enter default and affidavit(s) filed, default is hereby entered against the Defendants in Attachment "A" for failure to plead or otherwise defend.

_____
Clerk

Attachment "A"
**DEFENDANTS BY STORENAME AND MERCHANT ID**

| Def No. | Store Name | Merchant ID |
|---|---|---|
| 1 | buyspry | 597aaf37c7f5057fd5582f62 |
| 4 | chanzon | 594e136cabea91780b592536 |
| 5 | daisyyshop | 58dba57e3af68752ad25314b |
| 8 | Honney Home | 561cc46937552b5abcf896ee |
| 9 | Incoherent | 5aaa9a2cccf0c86989644c3f |
| 13 | R-fer3C | 58da10e43743c352cdfaf55c |
| 14 | ringsmart | 54ad1facd630ed1ad698d029 |
| 15 | sijifuzhuangku | 5af0f49849727961ba55e10a |
| 17 | woyaobangbangde | 5ac4fc66a71fbf76e68c25cb |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAPID SLICER, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>BUYSPRY, *et al.*,<br><br>      Defendants. | Civil Action No. 19-249<br><br>(Judge Horan) |

**AFFIDAVIT OF BRIAN SAMUEL MALKIN
IN SUPPORT OF REQUEST TO ENTER DEFAULT**

COMMONWEALTH OF PENNSYLVANIA  }
                 }  ss:
COUNTY OF ALLEGHENY       }

  Brian Samuel Malkin, being duly sworn, says that he is an attorney for Plaintiff in the above-entitled action, that the complaint and a summons in this action was served on all of the Defendants identified on Attachment "A" to the Request for Entry of Default as of March 26, 2019; that the time within which such Defendants may answer or otherwise move as to the complaint has expired; that such Defendants have not answered or otherwise moved and that the time for such Defendants to answer or otherwise move has not been extended.

Dated:  June 20, 2019

                              _____
                              Brian Samuel Malkin

Sworn to and subscribed before me this
20th day of June, 2019

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Laura Daniels, Notary Public
Sewickley Boro, Allegheny County
My Commission Expires Feb. 2, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

My commission expires:

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2019, the foregoing document is being filed via the Case Management/Electronic Case Filing (CM/ECF) system; I also certify that on June 20, 2019, a true copy of the foregoing is being served by email and mail, where said information is known to plaintiff and via publication by posting a true and correct copy on the website www.ferencelaw.com in accordance with the Order Authorizing Alternate Service, as modified by the Preliminary Injunction Order entered on April 11, 2019.

/s/ Brian Samuel Malkin
Brian Samuel Malkin